**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01369-CV

**GATOR APPLE, LLC, Appellant**

**V.**

**APPLE TEXAS RESTAURANTS, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-6565**

## ORDER

The Court has before it appellant's April 15, 2013 second motion for extension of time to file its brief and appellee's April 15, 2013 response to that motion. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by April 22, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE